```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

| | |
|---|---|
| CORA P. WILSON, | * |
|     Plaintiff | * |
| vs. | * |
| |   CASE NO. 3:08-CV-29 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
|     Defendant | * |

O R D E R

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on July 30, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 26th day of August, 2009.

                                                  S/Clay D. Land
                                                  CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE